PROB 12B
(7/93)

Report Date: June 5, 2006

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 08 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joe Lee Davis                      Case Number: 2:02CR00122-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush

Date of Original Sentence: 09/27/2002               Type of Supervision: Supervised Release

Original Offense: Distribution of Cocaine Base, 21    Date Supervision Commenced: 06/05/2006
U.S.C. § 841(a)(1); Distribution of a Mixture or
Substance Containing More than 5 Grams of Cocaine
Base, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 63 Months;               Date Supervision Expires: 06/04/2010
TSR - 48 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

Pursuant to Ninth Circuit case law, U.S. v Stephens, the undersigned officer is requesting the above modification of
conditions with the offender's consent.

Respectfully submitted,

by _____

Richard B. Law
U.S. Probation Officer
Date: June 5, 2006

Prob 12B
**Re:  Davis, Joe Lee**
**June 5, 2006**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

Signature of Judicial Officer

June 8, 2006
Date